**Subject: Re: Second Chance Funding**
From: ADMIN SCF - To: afeldman@thelcfgroup.com - Cc: - Date: August 14, 2018 at 4:10 PM

Would it be ok to do "second opportunity funding.com"?

On Thu, Aug 2, 2018 at 2:13 PM, Adam Feldman <afeldman@thelcfgroup.com> wrote:

> close

> We were also hoping to help you avoid conflict as a professional courtesy but we would like to have some idea of your progress. Can you advise?
>
> Adam J. Feldman, General Counsel
> Attorney and Counselor at Law
> Last Chance Funding, Inc.
> 411 Hempstead Turnpike, Suite 101
> West Hempstead, NY 11552
> 917-633-5594
>
> NOTICE: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify the sender immediately via return email.
>
> On July 23, 2018 at 11:50:01 AM, Adam Feldman (afeldman@thelcfgroup.com) wrote:
>
>> I appreciate your response. Would you be so kind as to provide your estimated timing?
>>
>> Adam J. Feldman, General Counsel
>> Attorney and Counselor at Law
>> Last Chance Funding, Inc.
>> 411 Hempstead Turnpike, Suite 101
>> West Hempstead, NY 11552
>> 917-633-5594
>>
>> NOTICE: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify the sender immediately via return email.
>>
>> On July 19, 2018 at 11:51:47 PM, ADMIN SCF (admin@secondchancefunding.com) wrote:
>>
>>> Hi Adam.
>>> We were informed that there was an issue with the use of the name "second chance funding". We are determined to change the name just to avoid conflict. My team will be switching over the marketing material and the website. We cannot promise this will happen over night since there are many ongoing deals and email but we will be working on changing over in the next few weeks.

DISCLAIMER: This message is proprietary to LCF Group., and is intended solely for the use of the individual to whom it is addressed. It may contain privileged or confidential information and should not be circulated or used for any purpose other than for what it is intended. If you have received this message in error, please notify the originator immediately. If you are not the intended recipient, you are notified that you are strictly prohibited from using, copying, altering, or disclosing the contents of this message. LCF Group. accepts no responsibility for loss or damage arising from the use of the information transmitted by this email including damage from computer viruses.